Bascom Parker, Plaintiff in Error, v. The State of Florida, *ex rel.* Lizzie Barrow, Defendant in Error.

A Writ of Error to the Circuit Court for Okaloosa County.

Writ of Error dismissed on motion of counsel for defendant in error.

*Walter Kehoe,* for Plaintiff in Error;

*S. K. Gillis,* for Defendant in Error.